TO: Court of appeal
Court Clerk
MR. Abel Acosta
Court of Criminal appeals of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 16 2015

Abel Acosta, Clerk

83,361-01

FROM: Concery Lee Richardson #1838461
CAUSE NO 2012-F-00139 IN THE 5th DISTRICT COURT
From Cass County

To THE Court of Criminal appeal of Texas

Dear Court

THANK You for your letter. I hope all is well with you all and i do appreciate yall services Due to my appeal

I have a few Issues on Ineffective assistance counsel on my attorney MR. Edwin Errol Buckner and i am sending you Grievance i filed to the State Bar of Texas on MR Edwin Buckner on client and attorney Relationship in the Pass and never got Resolve with the state Bar of Texas

I wrote state Bar of Texas Requesting my attorney MR. Edwin Edwin E Buckner Remove off my case to alot of personnel conflicts of interest Between, my attorney and Client Relationship alot of msunderstanding

Issue one... my family gave MR Buckner money for another case i was in Jail for the amount of $500 dollar's and the agreement was i paid him $500 dollars a month to pay off the $5000 dollars he Request for after not accepting my phone call of family member my wife stop paying he after a few month. so was money problem what started the Conflicts of interest and me writing the state Bar of Texas on MR Edwin Buckner JR.

Issue Two... my attorney MR Edwin Buckner JR file a motion in open court he wanted to withDraw of my case Behind money other issue's we having and the court Refuse him off my case

Issues. Three... my Attorney told me to i did not take The 15 years the District Attorney would give me life or 99 years on Prison. and my attorney made a statement you are going to get a ald white Juror and by this was a white Jailer and you Black you will get 99 year's

Issues four... Its Been over 20 years without any type of case this on my first assault on Record

Issue's five... my attorney would not send any my file or state Brief to do any my legal work.

Issue's six... My attorney Argu in open court Serious bodily injury but the indictment Read out Recklessly Bodily injury

Issues 7... The Recklessly Bodily injury or 22.01(6) (1) Texas Penal Code and Serious bodily injury or 22.02 Agg assault He Argu 22.02 to the Juror.

Issue's 8... My attorney didn't demonstrate to Jury what ankle shackles, hands Cuffs waistbelt and Connecting Chain look like

Issues 9... My attorney did not obtain hospital video Tape of the parking lot during alleged incident

Issues. Ten... Did Not Question Medical Personel as to medications and their effect on defendant

Issues 11... My attorney did not alternate theory of defendant trying to Protect himself of and from the Jailer.

Issues 12... My Attorney did Not Argu why the Jailer was Terminate from Cass County Jail when he was testified against me

ISSUES 13 ... My ATTORNEY did not object at anytime bor any Reason (there has never been a perfect trial)

ISSUES 14 ... My Attorney Let the court abuse of Discretion Court was notified of Conflict of interest with Buckner but Removed appointment of John Delk another attorney was appointed to me at birst of this assault of a public servant third degree belony and Judge Ralph K Burgess District Court bire John Delk and appointed mr Gelwin Buckner as my attorney after i have bire him brom the birst Case him was trial and appellate counsel bor appellant attorney at Law

ISSUES 15 ... My attorney know i was under mentally Health and would not get me Examinated i took the Court many time i Dont understand what was going on in the Court Room this all on transcript and other Records

ISSUES 16... my attorney let the office of the DISTRICT ATTORNEY Refuse some of my witness's un testified on my Behalf

ISSUES 17... my attorney did not call or questioning medical DR. Beadle of my medication and their effect on defendant

ISSUES 18... my attorney was ineffective for failure to examine / cross examine certain witnesses that posed multiple conflicting testimony

ISSUES 19... my attorney was ineffective assistance counsel failure closing trial to attack the credibility of the complainant MR. Newton The Jailer. testimony of why he was terminate

Thank yall and God Bless yall    God my witness
I did Nothing    Thank from write Me Back

Cencery Richardson

# STATE BAR OF TEXAS



Jessica A. Bergeman
Program Director

Client-Attorney Assistance Program
1-800-932-1900

January 21, 2014

Mr. Concery Richardson # 1838461
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102

       RE:      Mr. Edwin Errol Buckner Jr., Attorney-at-Law
       Record:   #626140

Dear Mr. Richardson:

Thank you for contacting the Client-Attorney Assistance Program (CAAP) for assistance in resolving a problem you are experiencing with your attorney. Its objective is to facilitate communication and foster dialogue in an effort to assist Texas lawyers and their clients in resolving minor concerns, disputes, or misunderstandings within the context of the Attorney-Client relationship.

The enclosed letter was mailed to Mr. Buckner. This is a formal but friendly effort intended to facilitate communications and to prompt an effective and positive solution.

Please allow a reasonable time for Mr. Buckner to respond to our letter. However, should you not hear from him, please contact me at 1-800-204-2222, ext. 1762, or the address listed below, to discuss other options that may bring about resolution. If I do not hear from you in thirty (30) days, I will assume matters have been resolved and close your file.

Sincerely,

Dani Dukes
Dani Dukes
Program Associate

Enclosure

# STATE BAR OF TEXAS



**Jessica A. Bergeman**
**Program Attorney**

**Client-Attorney Assistance Program**
1-800-932-1900

January 21, 2014

Mr. Edwin Errol Buckner Jr.
Attorney-at-Law
101 East Kildare
Linden, TX 75563-0629

      RE:      Mr. Concery Richardson
      Record:      #626140

Dear Mr. Buckner:

Recently, Mr. Richardson contacted our office requesting assistance. Pursuant to the State Bar Act, all dismissed grievances are referred to the Client-Attorney Assistance Program (CAAP). This is not a continuation of the attorney disciplinary process and participation by both you and the client is voluntary. CAAP is a confidential dispute resolution service of the State Bar of Texas. Its objective is to facilitate communication and foster dialogue in an effort to assist Texas lawyers and their clients in resolving minor concerns, disputes, or misunderstandings within the context of the Attorney-Client relationship.

Mr. Richardson expressed concerns regarding the legal matter you handled for him. He indicated that he has tried resolving this on his own but has been unsuccessful. Consequently, he requested that CAAP assist by contacting you. For your convenience, enclosed is a copy of his recent correspondence. Mr. Richardson has requested that you please contact him to address his concerns and answer any other questions he may have. He may be reached at the following:

*Mr. Concery Richardson # 1838461*
*McConnell Unit*
*3001 S. Emily Dr.*
*Beeville, TX 78102*

When responding to your client's concerns, please advise CAAP that communication has been re-established. If it is more convenient, you may cc CAAP without attachments on your written response via email, fax or letter, so that we may continue to facilitate if necessary. If I can be of further assistance in resolving this issue, please contact me at (800) 204-2222 ext. 1777.

Sincerely,

Jessica A. Bergeman, J.D.
Program Director

JAB/drd

Enclosure

cc: Mr. Concery Richardson

TO: DISTRICT JUDGE
5TH DISTRICT COURT
100 E. HOUSTON ST.
LINDEN, TEXAS
75563

FROM: CONCERY RICHARDSON #1838461
3060 FM 3514 (STILES UNIT)
BEAUMONT, TEXAS
77705

TO THE HONORABLE JUDGE OF
THE 5TH DISTRICT COURT:

THIS LETTER IS IN REGARD
TO A MOTION I FILED BACK
IN MAY 2013. IN IT I
REQUESTED THAT EDWIN
BUCKNER BE REPLACED AS MY
APPELLATE COUNSEL. SINCE
I HAVENT RECEIVED ANY RULING
OR OTHER COPRESPONDECE
FROM THE COURT I AM
AT A LOSS AS TO WHOM I
SHOULD CONTACT ABOUT MY
APPEAL. PLEASE SEND ME
A LETTER LETTING ME KNOW
THE CONTACT INFORMATION
FOR MY APPEAL COUNSEL.

I AM CONCERNED ABOUT DEAD
LINES TO FILE MY BRIEF
AND I WANT TO COMMUNI-
CATE WITH MY COUNSEL
BEFORE HE FILES MY BRIEF.
THANK YOU FOR YOUR PROMPT
ATTENTION TO THIS MATTER

CONCERY RICHARDSON
concery Richardson #1838461

# EMR Medication Print Pass
*Active Medications From 08/01/2014 to 08/02/2014*
*COFFIELD (CO)*

## ALLERGIES:
IODINE CONTAINING DRUGS \ IODINE; IODINE CONTAININ

---

**PATIENT: RICHARDSON, CONCERY L     MRN: 1838461     DOB: 02/25/1966     HOUSING: Z-1 CELL 14**

### RISPERIDONE 1MG TABLET
Rx ID: 17138541

1 TABS ORAL EVERY EVENING FOR 30 DAYS.

REFILLS: 4 / 11

| RX DATE: 03/25/2014 01:10 PM | RUN START DATE: 07/23/2014 01:10 PM | RUN END DATE: 08/22/2014 01:10 PM |
|---|---|---|
| ORDERING FACILITY: JESTER III (J3) | | EXPIRATION DATE: 03/20/2015 01:10 PM |

ORDERING PROVIDER: DANIEL, VIVI S M.D.

MEDICATION STATUS: ACTIVE     *Mental Health medication*     ENTRY USER: DANIEL, VIVI S M.D.

---

### TRAZODONE 50MG TABLET
Rx ID: 17138535

1 TABS ORAL EVERY EVENING FOR 30 DAYS.

REFILLS: 4 / 11

| RX DATE: 03/25/2014 01:10 PM | RUN START DATE: 07/23/2014 01:09 PM | RUN END DATE: 08/22/2014 01:09 PM |
|---|---|---|
| ORDERING FACILITY: JESTER III (J3) | | EXPIRATION DATE: 03/20/2015 01:09 PM |

ORDERING PROVIDER: DANIEL, VIVI S M.D.

MEDICATION STATUS: ACTIVE     *Mental Health medication*     ENTRY USER: DANIEL, VIVI S M.D.

---

### BENZOYL PEROXIDE 10% GEL 1.5OZ
Rx ID: 17285574

KOP 1 APPLICS TOPICALLY DAILY FOR 90 DAYS. APPLY THIN LAYER SPARINGLY

REFILLS: 1 / 3

| RX DATE: 04/23/2014 09:43 AM | RUN START DATE: 07/22/2014 09:36 AM | RUN END DATE: 10/20/2014 09:36 AM |
|---|---|---|
| ORDERING FACILITY: JESTER III (J3) | | EXPIRATION DATE: 04/18/2015 09:36 AM |

ORDERING PROVIDER: BECK, MARTHA L NP

MEDICATION STATUS: ACTIVE     ENTRY USER: BECK, MARTHA L NP

---

### IBUPROFEN 600MG TABLET
Rx ID: 17572377

KOP 1 TABS ORAL TWICE DAILY AS NEEDED FOR 30 DAYS.

REFILLS: 1 / 2

| RX DATE: 06/18/2014 11:43 AM | RUN START DATE: 07/18/2014 11:42 AM | RUN END DATE: 08/17/2014 11:42 AM |
|---|---|---|
| ORDERING FACILITY: MCCONNELL (ML) | | EXPIRATION DATE: 09/16/2014 11:42 AM |

ORDERING PROVIDER: KWARTENG, ISAAC K M.D.

MEDICATION STATUS: ACTIVE     ENTRY USER: KWARTENG, ISAAC K M.D.

---

### PROVENTIL HFA 90MCG INH 200PF
Rx ID: 17516303

KOP 2 PUFFS INHALATION 4 TIMES DAILY AS NEEDED FOR 90 DAYS.

REFILLS: 0 / 0

| RX DATE: 06/06/2014 02:19 PM | RUN START DATE: 06/06/2014 02:19 PM | RUN END DATE: 09/04/2014 02:19 PM |
|---|---|---|
| ORDERING FACILITY: MCCONNELL (ML) | | EXPIRATION DATE: 09/04/2014 02:19 PM |

ORDERING PROVIDER: HUDSON, LORI W NP

MEDICATION STATUS: ACTIVE     ENTRY USER: HUDSON, LORI W NP

---

**TOTAL FOR RICHARDSON, CONCERY L**     **5**